# 05-40023

FILED 1-24-05
IN CLERKS OFFICE
2005 JAN 25 P 3:12
U.S. DISTRICT COURT
DISTRICT OF MASS.

To Whom It May Concern,

I am sending a word for word copy of two BP9s that I attempted to file, but my counselor did not proceed to the warden. When my new counselor took over, I attempted to refile, the BP8s were not returned to me and my counselor refused to give me the address of the Regional Director and General Counsel, as did the administration, who not only told me I could not file on these issues but also denied me a refund for the stamps I bought thinking I was going to be allowed to exercise my right to file administrative remedy. The law library does not have the necessary addresses, nor did the inmate who did have this court address.

Therefore, since I also cannot provide the court with affidavit stating assets, receipts, expenditures and balances, I request the court to handle these matters under Paupers Oath, without administrative remedy.

## BP91
How much does it cost to transport a deceased inmates body to his hometown, or from Massachusetts to Georgia?

## BP92
I request to see a chiropractor for cervical spine misallignments and a dermatologist for a steroid rash.

Kent Crawford
08199-021