UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENT CRAWFORD,         ) | |
|     Plaintiff,         ) | |
|              ) | |
| v.         ) | C.A. No. 05-40023-RGS |
|              ) | |
| DAVID WINN,         ) | |
|     Defendant.         ) | |

MEMORANDUM AND ORDER OF DISMISSAL

On February 5, 2005 a Memorandum and Order issued directing the Plaintiff to show cause, within forty-two (42) days, why this action should not be dismissed for the reasons stated therein. To date, Plaintiff has failed to respond to that Memorandum and Order.

Accordingly, for the reasons set forth in the February 5, 2005 Memorandum and Order, and for failure of the Plaintiff to show cause why this action should not be dismissed, it is hereby ORDERED that the above captioned matter is Dismissed in its entirety.

Dated at Boston, Massachusetts, this 31st day of March, 2005.

                                                /s/ Richard G. Stearns
                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE