UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KENT CRAWFORD,              )
          Plaintiff,       )
                           )
          v.               )   C.A. No. 05-40023-RGS
                           )
DAVID WINN,                )
          Defendant.       )
```

## ORDER OF DISMISSAL

STEARNS, District Judge

In accordance with this Court's Memorandum and Order entered March 31, 2005 dismissing the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.


                              BY THE COURT,

                               /s/ Mary H. Johnson
                              Deputy Clerk
DATED: March 31, 2005